IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
SEP 24 2019
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TERRY LYNN BRAINE,<br><br>Defendant. | CR 19-64-BLG-SPW<br><br>ORDER |

Pursuant to the request of the Bureau of Prisons at the Federal Detention Center–SeaTac for an extension of up to fifteen (15) days to file the final report of evaluation, and for good cause being shown,

IT IS HEREBY ORDERED that,

1. The facility shall have until November 7, 2019 in which to file the final report on Defendant Terry Lynn Braine in order to determine his competency to proceed in this matter.

2. The report shall be filed with the Court, with copies to counsel for the Defendant and the Government.

3. All time from the date of this Order until the date of the Court's determination as to Terry Lynn Braine's competency is excludable under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(A) and (F).

1

4. The Clerk of Court is directed to immediately notify the parties and the United States Marshals Service of the entry of this order.

DATED this 24th day of September, 2019.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge