IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

AUG 0 6 2020

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TERRY BRAINE,<br><br>Defendant. | CR 19-64-BLG-SPW<br><br>ORDER |

Due to transportation issues by the U.S. Marshals Service,

IT IS HEREBY ORDERED that the hearing, pursuant to 18 U.S.C. § 4241 and 18 U.S.C. § 4247(d) presently set for Friday, August 28, 2020 at 2:30 p.m. is **VACATED** and **RESET** for **Thursday, October 1, 2020 at 9:30 a.m.** in the Snowy Mountains Courtroom at the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 6th day of August, 2020.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1