IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TERRY LYNN BRAINE,<br><br>　　　　　　Defendant. | CR 19-64-BLG-SPW<br><br><br>ORDER |

　　　　By Order dated September 23, 2020 (Doc. 25), Defendant was committed to the custody of the Attorney General for an additional period of time until his mental condition was so improved that trial could proceed. On April 28, 2021 the Court received a Forensic Evaluation (Competency) report and Certificate of Restoration of Competency to Stand Trial from Evan S. Du Bois, Psy.D.

　　　　On May 11, 2021, the Clerk filed the Forensic Evaluation (Competency) report and Certificate of Restoration of Competency to Stand Trial under seal and served a copy of the report and certificate on counsel for the United States and Defendant.

1

IT IS HEREBY ORDERED:

1. A hearing to determine Defendant's mental competency to stand trial is set for **Thursday, June 17, 2021 at 3:30 p.m.** 18 U.S.C. § 4247(d).

2. The clerk is directed forthwith to notify counsel and the United States Marshals Service of the entry of this Order.

DATED this 4th day of June, 2021.

SUSAN P. WATTERS
United States District Judge