IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TERRY LYNN BRAINE,<br><br>　　　　　Defendant. | CR 19-64-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, TERRY LYNN BRAINE is hereby released from the custody of the U.S. Marshals Service.

DATED this 20th day of January, 2022.

　　　　　　　　　　　　　　　　　　/s/ Susan P. Watters
　　　　　　　　　　　　　　　　　　SUSAN P. WATTERS
　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE

1